UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIN GRIMM,

               Plaintiff,

– *against* –

JUJU 31, INC., SUNG JAE KIM, and YOUNGMI HAM,

               Defendants.

**ORDER**

No. 24-cv-09503 (ER)

Ramos, D.J.:

    On April 9, 2025, the Court was notified that a court-ordered mediation was held and agreement was reached on all issues. Doc. 15. The parties are directed to submit their settlement agreement for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015), by April 18, 2025.

    It is SO ORDERED.

Dated:    April 11, 2025
             New York, New York

                                                                          Edgardo Ramos, U.S.D.J.