UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erin Gimm,<br><br>        Plaintiff,<br>v.<br><br>Juju31, Inc., Sung Jae Kim and Youngmi Ham,<br><br>        Defendants, | Index No. 24-cv-9503<br><br>**[PROPOSED]**<br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Juju31, Inc., Sung Jae Kim and Youngmi Ham (collectively, "Defendants"), having offered to allow Erin Gimm ("Plaintiff") to take a judgment against them, in the sum of Twelve Thousand Five Hundred Dollars and No Cents ($12,500.00), with respect to Plaintiff's claims for relief, damages, fees, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 17, 2025, and filed as Exhibit A to Docket Number 17;

**WHEREAS**, on April 17, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 17);

It is **ORDERED** and **ADJUDGED**, that judgment is entered in favor of Plaintiff Erin Gimm, in the sum of Twelve Thousand Five Hundred Dollars and No Cents ($12,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 17, 2025 and filed as Exhibit A to Docket Number 17.

Dated:   April 22, 2025
       New York, New York

                                               Hon. Edgardo Ramos
                                               United States District Judge